# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Jeff Spores, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Kia America, Inc., Hyundai Motor America, and Hyundai America Technical Center, Inc.,<br><br>Defendant. | Case No. 22-cv-2583 (DWF/DJF)<br><br><br><br>**ORDER ON JOINT STIPULATION TO EXTEND TIME** |

This matter is before the Court on the parties' Joint Stipulation to Extend Time ("Stipulation") (ECF No. 4). The Stipulation indicates that Plaintiff served the complaint upon Defendant Kia America, Inc. ("Kia") and Defendant Hyundai Motor America ("Hyundai") "on or around October 26, 2022," making both Kia and Hyundai's responsive pleading deadline November 16, 2022. The Stipulation seeks to extend Kia and Hyundai's responsive pleading deadline to December 20, 2022. It explains that a motion is pending before the U.S. Judicial Panel on Multidistrict Litigation ("Panel") to transfer and consolidate this action with 43 other related actions, and that the Panel has scheduled a hearing on December 1, 2022. The Stipulation argues that, in light of these facts, extending Kia and Hyundai's responsive pleading deadline to December 20, 2022 serves the interests of judicial economy and will reduce fees and costs to the parties.

Having reviewed the Stipulation, the Court finds good cause under Federal Rule of Civil Procedure 6(b)(1) to approve the parties' request. In addition, the Court also addresses one housekeeping matter prompted by the Stipulation. Though the parties indicate that Plaintiff served

1

Kia and Hyundai, Plaintiff did not file proof of service with the Court for either party. Accordingly, the Court orders Plaintiff to file proof of service for Defendants Kia and Hyundai, or alternatively, to explain why he is unable to do so, by **November 28, 2022**.

## ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT**:

1. The parties' Joint Stipulation to Extend Time (ECF No. [4]) is **APPROVED.** Defendants Kia America, Inc. and Hyundai Motor America shall file their responsive pleading on or before **December 20, 2022**; and

2. Plaintiff shall either file proof of service of the Summons and Complaint on Defendants Kia America, Inc. and Hyundai Motor America within seven days of the date of this Order, or file a letter explaining why he is unable to do so, by **November 28, 2022**.

Dated: November 17, 2022                    *s/ Dulce J. Foster*
                                            Dulce J. Foster
                                            United States Magistrate Judge